## STATE

v.

## F. David FENG.

### No. 81–190–C.A.

Supreme Court of Rhode Island.

April 30, 1981.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Sp. Asst. Atty. Gen., for plaintiff.

John Tramonti, Jr., Providence, for defendant.

### ORDER

The defendant's motion for stay of execution of sentence as prayed is granted and execution as to both sentences is hereby stayed until further order of this court. Defendant's bail shall remain at $25,000 personal recognizance. This case is assigned to the October, 1981 calendar for oral argument.

## STATE

v.

## William J. PRADO.

### No. 80–147–C.A.

Supreme Court of Rhode Island.

April 30, 1981.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Panciera, Sp. Asst. Atty. Gen., for plaintiff.

Barbara Hurst, John A. MacFadyen III, Janice M. Weisfeld, Asst. Public Defenders, for defendant.

### ORDER

This case is hereby remanded to the Superior Court for a jury trial in light of *State v. Avila*, 415 A.2d 180 (R.I.1980).